**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Tel. (516) 826-6500
Gary F. Herbst, Esq.
*Counsel to TLOA Mortgage, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
In re: Chapter 13

GRANTLEY HUNTE, Case No. 26-43420 (ESS)

Debtor.
----------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that TLOA Mortgage, LLC appears herein through its counsel, LaMonica Herbst & Maniscalco, LLP, and demands, pursuant to Rules 2002, 4006, 9007, 9010, 9013 and 9022 of the Federal Rules of Bankruptcy Procedure and Section 342 of the Bankruptcy Code, and any other rules or sections of the Code or local rules as may be applicable in this case governing notice, that all notices given or requested to be given in this case and all papers and pleadings served or required to be served in this case be given to and served upon the following:

Gary F. Herbst, Esq.
gfh@lhmlawfirm.com
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Tel. (516) 826-6500

Dated: August 14, 2026
Wantagh, New York

Respectfully Submitted,

**LAMONICA HERBST & MANISCALCO, LLP**
Counsel to TLOA Mortgage, LLC

By: *s/Gary F. Herbst*
Gary F. Herbst, Esq.
A Member of the Firm
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Tel. (516) 826-6500

TO: Grantley Hunte
420 Beach 48th Street
Far Rockaway, NY 11691
*Pro Se Debtor*

Office Of The United States Trustee
Eastern District of New York (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408

Krista M. Preuss, *Chapter 13 Trustee*
100 Jericho Quadrangle, Suite 127
Jericho, NY 11753

Attn: Lincoln Automotive Financial Services Department
AIS Portfolio Services, LLC
Account: XXXX3452
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118