UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

GRANTLEY HUNTE,

Debtor.
-----------------------------------------------------------X

Chapter 13

Case No. 26-43420 (ESS)

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that Gary F. Herbst, Esq., of LaMonica Herbst & Maniscalco, LLP, hereby withdraws the *Notice of Appearance and Demand for Service of Papers* filed in the referenced case on August 14, 2026 [Dkt. No. 10] with respect to TLOA Mortgage, LLC.

Dated: August 21, 2026
Wantagh, New York

Respectfully submitted,

**LAMONICA HERBST & MANISCALCO, LLP**

By: *s/Gary F. Herbst*
Gary F. Herbst, Esq.
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Tel. (516) 826-6500